| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 113E 1:24CR00038 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* **25-86** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thomas William O'Brien<br>45 R. Van Leer Avenue<br>Media, PA 19063, | Northern District of Georgia | Atlanta |
| | NAME OF SENTENCING JUDGE<br>Mark H. Cohen | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/11/2024 — TO 12/10/2027 |

**OFFENSE**
Interference with Flight Crew Members and Attendants

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties and stability in the Eastern District of Pennsylvania.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District of Georgia _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of Pennsylvania** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 21, 2025
Date

*/s/ Mark H. Cohen*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge